# COURT OF APPEALS
# THIRD DISTRICT OF TEXAS

~~NO. 14-14-0381-CV~~

03-14-00803-CV

## MELVIN VALENTINE, JR., Appellant

## V.

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

On Appeal from County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-14-010145



RECEIVED
JAN 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## SUPPLEMENTAL AFFIDAVIT OF MELVIN VALENTINE, JR.

STATE OF TEXAS                    §
                                 §
COUNTY OF TRAVIS                  §

I, the undersigned Notary Public in and for said County in said State; hereby attest to Melvin Valentine, Jr. on this day personally appeared and states the following:

1. My name is Melvin Valentine, Jr. and I am over the age of 18, a resident in the State of Texas, I am capable of acknowledging facts relating to this affidavit. The facts stated in this affidavit are true and correct.

1

6. Appellant seeks this extension not to delay the process, but it's sought in order to give appellant the opportunity to file this document.

Signed this 8th day of January, 2015

Respectfully Submitted, *Melvin C. Valentine Jr.*

Melvin Valentine, Jr.
12223 Running Bird Lane # A
Austin, Texas 78758
(512) 909-7379

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this foregoing motion has been supplied to Valerina Walters pursuant Texas Rules of Civil Procedure via fax 512-424-7725 before 5:00 pm recipient's time.

ATTORNEY FOR THE TEXAS
DEPARTMENT OF PUBLIC SAFETY
VALERINA WALTERS
P. O. BOX 4087, MSC -0246 (ORC Legal)
Austin, Texas 78773
(512) 424-2736
(512) 424-7725 (FAX)

*Melvin C. Valentine Jr.*
Melvin Valentine, Jr.

# COURT OF APPEALS
# THIRD DISTRICT OF TEXAS

~~NO. 14-14-0381-CV~~

03-14-00803-CV

## MELVIN VALENTINE, JR., Appellant

## V.

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

On Appeal from County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-14-010145

## SUPPLEMENTAL AFFIDAVIT OF MELVIN VALENTINE, JR.

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| COUNTY OF TRAVIS | § | |



RECEIVED
JAN 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

I, the undersigned Notary Public in and for said County in said State; hereby attest to Melvin Valentine, Jr. on this day personally appeared and states the following:

1. My name is Melvin Valentine, Jr. and I am over the age of 18, a resident in the State of Texas, I am capable of acknowledging facts relating to this affidavit. The facts stated in this affidavit are true and correct.

1

2. A Notice of Appeal filed in County Court 2.

3. An Affidavit of Inability to pay was also filed with the Notice of Appeal and is currently available for review on the 3rd Court of Appeal website.

4. My current income as of the month of October is $1400 gross.

5. These fabricated charges in both cases have prevented me from acquiring several new jobs in order to pay court cost.

6. My income is within the federal poverty income level guidelines as determined by the U. S. Department of Health and Human Services.

7. I have one dependent under the age of 18.

8. I own no stocks, bonds or other property of any significant value, other than my furniture and personal effects that can be sold or pawned to raise money for the payment of court costs. After paying my monthly living expenses, I do not have sufficient funds to pay an unexpected court prepayment fees.

9. I currently have $0.00 cash on hand.

10. I have $0.00 in my checking account.

I believe I have a meritorious claim and verify that the statements made in this affidavit are true and correct. I further request this court to proceed without the payment of filing fees.

Melvin Valentine, Affiant

2

*Court of Appeals*
*Third district of Texas*
*No. 14-14-0381-CV*

*For*
*Melvin Valentine*

SWORN AN SUBSCRIBED TO before me, the undersigned authority, on this the _8_ , day of _January_ , 2015.

_____
Notary Public, State of Texas
My Commission Expires: _4/1/17_

MARK JOHN SASSIN
Notary Public, State of Texas
My Commission Expires
April 01, 2017

3